UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHANE LUCAS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07-1109 (RMC) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' CONSENT MOTION TO CONTINUE INITIAL
SCHEDULING CONFERENCE**

Defendants, by and through their undersigned counsel and with the consent of counsel for Plaintiff, respectfully request that the Court continue the Initial Scheduling Conference currently set for August 31, 2007. In support thereof, Defendants state as follows:

1.  Undersigned counsel is scheduled to be out of town from August 25, 2007 through September 1, 2007. Defendants therefore request that the Court reschedule the Initial Scheduling Conference for the next available time.

2.  There is currently pending a ripe partial Motion to Dismiss, and no other deadlines have been set by this Court. Thus, rescheduling this matter will not impact any Court-ordered deadlines.

3.  Pursuant to LCvR 7(m), counsel for Plaintiff have consented to the relief requested herein. Thus, there can be no prejudice to the Plaintiff.

Therefore, Defendants respectfully request that Court continue the Initial Scheduling Conference presently scheduled for August 31, 2007.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


＿＿/s/  Nicole L. Lynch＿＿＿＿＿＿＿＿＿
NICOLE L. LYNCH (471953)
Chief, Section II


 /s/  Shana L. Frost＿＿＿＿＿＿＿＿＿＿
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov