UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANE LUCAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1109 (RMC) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter comes before the Court on Defendants' Partial Motion to Dismiss Plaintiff's Complaint. For the reasons stated in the Memorandum Opinion filed simultaneously with this Order it is hereby

**ORDERED** that Defendants' Partial Motion to Dismiss [Dkt. #3] is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that the Deputy Clerk of this Court will set an evidentiary hearing so that the process server and the officers can appear and testify on whether proper service was executed in this matter; and it is

**FURTHER ORDERED** that the allegations against Mayor Fenty and Police Chiefs Ramsey and Lanier are **DISMISSED**; and it is

**FURTHER ORDERED** that Plaintiff's Negligence Claim, Count 2, is **DISMISSED**; and it is

**FURTHER ORDERED** that the motion to dismiss the malicious prosecution claim is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED.**

                                                  _____/s/_____
                                                  ROSEMARY M. COLLYER
                                                  United States District Judge

DATE: August 29, 2007