# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **SHANE LUCAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-1109 (RMC)** |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER TO SHOW CAUSE</u>

While this action was pending in the Superior Court of the District of Columbia, Plaintiff Shane Lucas attempted to serve process on Metropolitan Police Department ("MPD") officers Carlton B. Wicker, Jeffery Clay, and Timothy Ford. Plaintiff's process server filed three affidavits indicating that he personally served Officers Wicker, Clay, and Ford at the Third District police station on May 23, 2007 at 9:30 a.m. *See* Defs.' Partial Motion to Dismiss [Dkt. #3] Ex. 1 (Aff. of Service — Wicker); Ex. 2 (Aff. of Service — Clay); Ex. 3 (Aff. of Service — Ford). The Defendants argued in their Partial Motion to Dismiss that these Affidavits were false and that none of the officers was personally served as required by Superior Court Civil Procedure Rule 4(e)(2).

An evidentiary hearing was held August 21, 2007, to resolve whether the officers were properly served in this matter. The Court received testimony from Officers Clay, Ford, Wicker, and Sheryl McClean, the Time and Attendance Clerk for the Third District Police Station. These witnesses provided credible testimony that the Officers were not properly served. Plaintiff's process server did not attend the evidentiary hearing, although Plaintiff's counsel assured the Court he had

been notified.  The Court continued the evidentiary hearing to October 1, 2007, to allow counsel for

Plaintiff to subpoena the process server, Henri Dingle.   Subsequently, counsel for Plaintiff

subpoenaed Mr. Dingle to compel his testimony at the October 1 hearing. Mr. Dingle once again

failed to attend the evidentiary hearing.[1]  In light of the failure of Mr. Dingle to attend the initial

evidentiary hearing set in this matter, and his subsequent failure to comply with a properly executed

subpoena to compel his appearance before this Court, it is hereby

       **ORDERED** that, on or before **October 19**, **2007**, Mr. Henri Dingle shall **SHOW**

**CAUSE** in writing why the Court should not hold him in contempt; and it is

       **FURTHER ORDERED** that the Clerk of this Court shall furnish a copy of this

Order to the U.S. Marshal for service on Mr. Dingle at the following address:

      Henri Dingle
      4137 Southern Avenue
      Apartment #102
      Capitol Heights, MD 20743

      **SO ORDERED**.

Date: October 1, 2007                     /s/

                                 ROSEMARY M. COLLYER
                                 United States District Judge

---

[1]  The Court received credible testimony from investigator Marcus Head that Mr. Dingle was properly served with a subpoena to compel his appearance at the October 1, 2007 evidentiary hearing.