UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANE LUCAS, )<br> )<br>Plaintiff, )<br> )<br>v. ) Civil Action No. 07-1109 (RMC)<br> )<br>DISTRICT OF COLUMBIA, *et al.*, )<br> )<br>Defendants. )<br> ) | **FILED**<br>OCT 25 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER TO SHOW CAUSE

While this action was pending in the Superior Court of the District of Columbia, Plaintiff Shane Lucas attempted to serve process on Metropolitan Police Department ("MPD") officers Carlton B. Wicker, Jeffery Clay, and Timothy Ford. Plaintiff's process server filed three affidavits indicating that he personally served Officers Wicker, Clay, and Ford at the Third District police station on May 23, 2007 at 9:30 a.m. *See* Defs.' Partial Motion to Dismiss [Dkt. #3] Ex. 1 (Aff. of Service — Wicker); Ex. 2 (Aff. of Service — Clay); Ex. 3 (Aff. of Service — Ford). The Defendants argued in their Partial Motion to Dismiss that these Affidavits were false and that none of the officers was personally served as required by Superior Court Civil Procedure Rule 4(e)(2).

An evidentiary hearing was held August 21, 2007, to resolve whether the officers were properly served in this matter. The Court received testimony from Officers Clay, Ford, Wicker, and Sheryl McClean, the Time and Attendance Clerk for the Third District Police Station. These witnesses provided credible testimony that the Officers were not properly served. Plaintiff's process server did not attend the evidentiary hearing, although Plaintiff's counsel assured the Court he had

been notified. The Court continued the evidentiary hearing to October 1, 2007, to allow counsel for Plaintiff to subpoena the process server, Henri Dingle. Subsequently, counsel for Plaintiff subpoenaed Mr. Dingle to compel his testimony at the October 1 hearing. Mr. Dingle once again failed to attend the evidentiary hearing.[1] The Court issued an Order to Show Cause to Mr. Dingle ordering him to show in writing why the Court should not hold him in contempt. *See* [Dkt. #12]. The U.S. Marshal was directed to serve Mr. Dingle and Mr. Dingle was directed to respond to the Court's Order no later than October 19, 2007. Timely service was not executed on Mr. Dingle. The Court will discharge the previous Order to Show Cause and reissue the Order for timely service by the U.S. Marshal. Accordingly, it is hereby

**ORDERED** that the Court's October 1, 2007 Order to Show Cause [Dkt. #12] is **DISCHARGED**; and it is

**FURTHER ORDERED** that, on or before **November 26, 2007**, Mr. Henri Dingle shall **SHOW CAUSE** in writing why the Court should not hold him in contempt; and it is

**FURTHER ORDERED** that the Clerk of this Court shall furnish a copy of this Order to the U.S. Marshal for service on Mr. Dingle at the following address:

    Henri Dingle
    4137 Southern Avenue
    Apartment #102
    Capitol Heights, MD 20743

**SO ORDERED.**

Date: October 25, 2007

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge

---

[1] The Court received credible testimony from investigator Marcus Head that Mr. Dingle was properly served with a subpoena to compel his appearance at the October 1, 2007 evidentiary hearing.