**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ) | |
| **SHANE LUCAS,** ) | |
| ) | |
| **Plaintiff,** ) | **Civil Action No. 07-1109 (RMC)** |
| ) | |
| **v.** ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1(A)(ii), the parties hereby voluntarily dismiss

with prejudice the above-captioned matter, with all parties bearing their own costs.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of
Columbia

__/s/ John Floyd, III by SF___
John Floyd, III (322149)                 GEORGE C. VALENTINE
1717 K Street, NW Suite 600         Deputy Attorney General
Washington, DC 20036                    Civil Litigation Division
(202) 638-0500
Fax: (202) 726-4838                        _/s/  Nicole L. Lynch_____
                                                      NICOLE L. LYNCH (471953)
                                                      Chief, Section II

 _/s/ Roosevelt F. Brown, III by SF___
Roosevelt F. Brown, III (422426)      _/s/  Shana L. Frost_____
7600 Georgia Avenue, NW Suite 203   SHANA L. FROST (458021)
Washington, DC 20012                     Assistant Attorney General
(202) 291-1900                               441 4th Street, NW, 6th Floor South
Fax: (202) 588-1209                         Washington, DC 20001
                                                      (202) 724-6534
Counsel for Plaintiff                        Fax:  (202) 727-3625
                                                      shana.frost@dc.gov

                                                      Counsel for Defendants